UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
TONY JONES, CAROL LAWSON, JAMES LEE,  :
MICHELLE LEE MINCEY, SANDRA           :
LIVANEC, THOMAS LOCKE, NED LONG,      :
REBECCA NZEOCHA, ANNA OLIVER, CARL    :
PARKS, PRISCILLA PRITT, JOANNE REDD,  :
KAREN ROACH, BILLY ROGERS,            :
THEODORE ROTTO, MARY SAFIEH,          :
BARBARA SHROCK, ROSEMARY              :
TERRAZAS, EVELYN VAN, LESLIE          :
VERNON,                               :
                                      :
      Plaintiffs.                     :    Civil Action
v.                                    :    No. 04-11299-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER           :
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
      Defendants.                     :
------------------------------------ :
                                      x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 6, 2004  
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.